| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
|   | United States Attorney |
| 2 | |
|   | J. DOUGLAS WILSON (DCBN 412811) |
| 3 | Chief, Criminal Division |
| 4 | MARC P. WOLF (CABN 254495) |
|   | Special Assistant United States Attorney |
| 5 | |
|   | 450 Golden Gate Ave., Box 36055 |
| 6 | San Francisco, California 94102 |
|   | Telephone: (415) 436-7200 |
| 7 | Fax: (415) 436-7234 |
|   | E-Mail: marc.wolf@usdoj.gov |
| 8 | |
|   | Attorneys for the United States of America |
| 9 | |

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| 13 | UNITED STATES OF AMERICA, | ) | No. CR 13-608 RS ~~3:13-mj-71046-MAG~~ |
| 14 | | ) | |
| 15 | v. | ) | STIPULATION AND [PROPOSED] |
|    |   | ) | ORDER FOR CONTINUANCE FROM |
| 16 | ALEJANDRO PEREZ, | ) | SEPTEMBER 9, 2013 TO SEPTEMBER |
|    |   | ) | 24, 2013 AND EXCLUDING TIME FROM |
| 17 | Defendant. | ) | THE SPEEDY TRIAL ACT |
|    |   | ) | CALCULATION (18 U.S.C. § |
| 18 |   | ) | 3161(h)(8)(A)) AND WAIVING TIME |
|    |   |   | LIMITS UNDER RULE 5.1 |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a preliminary hearing date of September 24, 2013 at 9:30 a.m. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 9, 2013 to September 24, 2013. The parties agree, and the Court finds, as follows:

1. The defendant is in custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation,

1 | taking into account the exercise of due diligence.

2 | 3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4 | 4. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case during the normal timeline established in Rule 5.1.

7 | 5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 9, 2013 to September 24, 2013, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

13 | 6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on September 24, 2013, at 9:30 a.m., and (2) orders that the period from September 9, 2013 to September 24, 2013, be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 9/10/13        /s/
                      DANIEL BLANK
                      Attorney for Defendant

DATED: 9/10/13        /s/
                      MARC P. WOLF
                      Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 9/13/12        [signature]
                      United States Magistrate Judge

2