STEVEN G. KALAR
Federal Public Defender
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          Sophia_Whiting@fd.org

Counsel for Defendant Perez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 13–608 RS |
| Plaintiff, | **STIPULATION AND ORDER TO AMEND JUDGMENT UNDER RULE 36** |
| v. | |
| ALEJANDRO PEREZ, | |
| Defendant. | |

On December 12, 2019, Defendant Alejandro Perez admitted guilt to counts one and two of a Form 12 petition. His supervised release was revoked for a period of 12 months pursuant to the recommendation of the Probation Officer and an agreement among the parties. The parties' intent was that Mr. Perez's would receive federal credit for the more than four months he had already served in state custody on the conduct underlying the supervised release violation.

The Judgment does not expressly address whether Mr. Perez's custodial sentence of 12 months should take into account the time he spent in state custody. Without an express statement in the Judgment that the sentence should include that time, the Bureau of Prisons has presumed that his sentence should not be complete until September, instead of now.

The parties understand this to be a clerical error. Accordingly, pursuant to Fed. R. Crim. Proc.

36, the parties now jointly request that the Judgment be corrected to provide that the instant sentence should have run concurrently with the state sentence. Specifically, the parties request that the term of imprisonment set forth on page two of the Judgment read, "Time served with no supervised release to follow."

IT IS SO STIPULATED.

| April 22, 2020 | DAVID L. ANDERSON |
| Dated | United States Attorney |
| | Northern District of California |

_____/S_____
CASEY BOOME
Assistant United States Attorney

| April 22, 2020 | STEVEN G. KALAR |
| Dated | Federal Public Defender |
| | Northern District of California |

_____/S_____
SOPHIA WHITING
Assistant Federal Public Defender

IT IS SO ORDERED.

 April 22, 2020
 Dated                    THE HONORABLE RICHARD SEEBORG
                          United States District Judge